JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
W. ELIZABETH DO, ESQ.
Nevada State Bar No. 13861
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
edo@bremerwhyte.com

Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALOUN SIHARATH, an individual, | Case No. 2:22-cv-01322-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| ALLSTATE INSURANCE COMPANY, a corporation; DOES EMPLOYEES I-V and ROE COMPANIES I-V, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ALOUN SIHARATH, by and through his attorneys of record, Burke L. Huber, Esq. of Van Law Firm and Defendant ALLSTATE INSURANCE COMPANY, by and through its attorneys of record, Jared G. Christensen, Esq., and W. Elizabeth Do, Esq., of Bremer Whyte Brown & O'Meara, LLP, as follows:

///
///
///
///
///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1498.207  4871-8171-2979.1

That all of Plaintiff's claims against ALLSTATE INSURANCE COMPANY in the above-captioned matter be dismissed, with prejudice, and that each party shall bear their own fees and costs.

Dated this 14th day of March, 2023.

**VAN LAW FIRM**

 /s/ Burke L. Huber
BURKE L. HUBER, ESQ.
Nevada Bar No. 10902
*Attorneys for Plaintiff*
*ALOUN SIHARATH*

Dated this 14th day of March, 2023.

**BREMER WHYTE BROWN & O'MEARA LLP**

 /s/ W. Elizabeth Do
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
W. ELIZABETH DO, ESQ.
Nevada State Bar No. 13861
*Attorneys for Defendant*
*ALLSTATE INSURANCE COMPANY*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 14, 2023

Respectfully submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

 /s/ W. Elizabeth Do
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
W. ELIZABETH DO, ESQ.
Nevada State Bar No. 13861
*Attorneys for Defendant*
*ALLSTATE INSURANCE COMPANY*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1498.207  4871-8171-2979.1